UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELDERT VEJAR-NUNEZ, ) | |
| ) | |
| Petitioner, ) | Case No. C05-2075-MJP-JPD |
| ) | |
| v. ) | |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | ORDER DENYING § 2255 MOTION |
| ) | |
| Respondent. ) | |
| _____) | |

The Court, having reviewed petitioner's § 2255 motion, the government's response, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's § 2255 petition (Dkt. #1) is DENIED, and this action is DISMISSED with prejudice.

(3)   The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 18th day of July, 2006.

Marsha J. Pechman
United States District Judge

ORDER DENYING § 2255 MOTION